USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/06

**MEMO ENDORSED**



MICHAEL COLIHAN, ESQ. 44 Court Street Rm 911 Brooklyn, NY 11201 (718)488-7788

Hon. Denise Cote  
USDC- Southern District of New York  
500 Pearl Street  
Brooklyn, NY 11201

January 15, 2006.

RE: Hyer, et al NYC, et al

Dear Judge Cote:

    I represent the plaintiff in the above-entitled action. There is a conference before the Court on January 27, 2006. This past Thursday I was struck by a van while a pedestrian & sustained hip fractures in five places. My doctor tells me that assuming there are no complications it will be approximately two months before I can resume my normal activities. I thus request an adjournment of this conference until on or about April 1, 2006.

    I thank you for your attention & consideration.

MC/mz

cc ACC Prathy Reddy

Sincerely,

Michael Colihan  
BY M Zhang

*The conference is adjourned to April 7 at 11:30 am.*

*Denise Cote*  
*Jan 20, 2006*