UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
CHRISTIAN HYER, SABRY NASR, DOREEN      :
NASR, and JOSEPH NASR, by his m/n.g     :   05 CIV. 7728 (DLC)
Doreen Nasr,                            :
                    Plaintiffs,         :   PRETRIAL
                                        :   SCHEDULING ORDER
          -v-                           :
                                        :
THE CITY OF NEW YORK, POLICE OFFICER    :
JOHN DOE and POLICE OFFICER JOHN ROE,   :
                                        :
                    Defendants.         :
-------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-06

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on April 7, 2006, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. By **April 14, 2006,** counsel for the plaintiffs shall submit an affidavit regarding his efforts to obtain releases from his clients, attaching any letters sent to the clients.

2. The following motion will be served by the dates indicated below.

    Defendants' motion to dismiss

    - Motion served by **April 28, 2006**
    - Opposition served by **May 19, 2006**
    - Reply served by **May 26, 2006**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          April 10, 2006

                                        _____
                                          DENISE COTE
                                  United States District Judge